UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br><br>VINCENT TORBEY, in individual and representative capacity as trustee of The Torbey Irrevocable Trust dated February 12, 2003; RODERICK TORBEY, in individual and representative capacity as trustee of The Torbey Irrevocable Trust dated February 12, 2003; DIANE YBARRA, in individual and representative capacity as trustee of The Torbey Irrevocable Trust dated February 12, 2003; ANTHONY ASKAR<br><br>Defendants. | Case No. CV 21-01602-AB (MAAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 11, 2021  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE