JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Fernandez,<br><br>            Plaintiff,<br><br>v.<br><br>Vincent Torbey; *et al.*,<br><br>            Defendant(s). | Case No.: 2:21-cv-01602-AB (MAAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT has been advised by counsel that the above-entitled action has been settled.

IT IS THEREFORE **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 15, 2021   _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.